UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

                 - against -

ERICK GRIGOROFF,

                        Defendant.

-------------------------------------------------------X

                                             25 Cr. 00390-01 (NSR)

                                             ORDER ACCEPTING
                                             PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

       The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record.   The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated August 26, 2025, is approved and accepted.

                                           SO ORDERED.

Dated: White Plains, NY
           December 2, 2025

                                                       Nelson S. Román
                                                       United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/02/2025___